# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR RECONSIDERATION EN BANC

## NO. 03-09-00280-CV

**In re Texas State Board of Public Accountancy**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## D I S S E N T I N G   O P I N I O N

For the reasons expressed in Justice Patterson's dissenting opinion, I respectfully dissent from the denial of the motion for en banc reconsideration.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Patterson, Puryear, Pemberton, Waldrop and Henson

Filed:   January 14, 2010